

# Summons

In the matter of James D. Elliott, (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) 5131 Prince Phillip Cove, Brentwood Tn 37027
Internal Revenue Service (Division): Small Business and Self-Employed Division
Industry/Area (name or number): Area 5, Nashville
Periods: Calendar year ending December 31, 2007 and December 31, 2008

## The Commissioner of Internal Revenue

To: John D. Elliott,

At: 5131 Prince Phillip Cove, Brentwood TN 37027

You are hereby summoned and required to appear before Jack P. Laws 09-23180
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

1. 2007 and 2008 Gross receipts and all Other Income
a) All books, journals, ledgersand work papers used in determining gross receipts and all other income.
b) All bank statements, cancelled checks, and deposit slips (i.e., chcecking, saving, money market, brokerage accounts, etc.) for the preiod of December 1 2006 through January 31, 2009.
c) Please provide a list of all bank account names and account numbers held by your or any of your companies from 2007 through 2008.
d) Records of all business and personal loan activity proceeds and payments.
e) Records of any non-taxable sources of income.
f) Any and all work-papers used in preparation of your tax returns. This would include worksheets, log books, notebooks, or any written documentation that shows your computations.
2. Provide all source documentation verifying any and all expenses.
3. Please provide a list of the names and Employer Identification Numbers of any businesses of which you may have an interest in or ownership.
4. Please provide a list and any income producing activities involved in during this time period.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
801 Broadway MDP 52, Nashville, TN 37203, Phone number 615-250-5529

**Place and time for appearance at** 701 Broadway, Room 407, Nashville, TN 37203

## IRS

on the 10th day of January, 2012 at 9.00 o'clock a m.
Issued under authority of the Internal Revenue Code this 30th day of December, 2011

Department of the Treasury
Internal Revenue Service
www.irs.gov

Signature of issuing officer — Internal Revenue Agent / Title
Signature of approving officer (if applicable) — Supervisory Internal Revenue Agent / Title

Form 2039 (Rev. 12-2008)
Catalog Number 21405J

Original — to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| December 30th, 2011 | 9.00am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): SHEILA MARRICAL

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|---|---|
| [signed] | Internal Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____   Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☒ No notice is required.

| Signature | Title |
|---|---|
| [signed] | Internal Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Internal Revenue Agent |

Form **2039** (Rev. 12-2008)